IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RAYMOND D. PARKER, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:11-CV-333 (MTT) |
| CENTRAL STATE PRISON, | : | |
| Defendant | : | |

## ORDER

On August 23, 2011, plaintiff **RAYMOND PARKER**, an inmate at Central State Prison in Macon, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order also dated August 31, 2011, the Court ordered Plaintiff to submit the proper § 1983 forms and either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* along with a certified copy of his trust fund account statement for the last six months. Plaintiff was given until September 28, 2011 to comply with this Order and he has failed to do so.

Because of his failure to comply with the Court's instructions, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 12th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb